IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 28  PM 2:29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| RONALD SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-2952 BP |
| | ) |
| ORKIN, INC. d/b/a | ) |
| ORKIN PEST CONTROL, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT P. LOMBARDI

Having considered the Unopposed Motion for Admission *Pro Hac Vice*, and finding said motion well taken,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Robert P. Lombardi shall be admitted *pro hac vice* and permitted to appear as co-counsel for Defendant.

_____
UNITED STATES DISTRICT JUDGE

12/28/05
DATE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  12-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02952 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Samuel Zurik
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Robert P. Lombardi
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Charles V. Holmes
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT