IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 DEC 28 PM 2:29
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

RONALD SMITH,

Plaintiff,

v.

ORKIN, INC. d/b/a
ORKIN PEST CONTROL, INC.,

Defendant.

Civil Action No. 05-2952 BP

**ORDER GRANTING UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF SAMUEL ZURIK III**

Having considered the Unopposed Motion for Admission *Pro Hac Vice*, and finding said motion well taken,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Samuel Zurik III shall be admitted *pro hac vice* and permitted to appear as co-counsel for Defendant.

UNITED STATES DISTRICT JUDGE

12/28/05
DATE


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-29-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02952 was distributed by fax, mail, or direct printing on December 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Samuel Zurik
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Robert P. Lombardi
KULLMAN FIRM
1100 Poydras St
1600 Energy Centre
New Orleans, LA 70163

Charles V. Holmes
LEWIS FISHER HENDERSON CLAXTON & MULROY
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Joseph M. Crout
BOWLING & BOWLING
7936 Players Forest Dr.
Memphis, TN 38119

Honorable J. Breen
US DISTRICT COURT